WHITNEY and another vs. MORROW.

The decision of this court upon the questions considered in *Whitney v. Gunderson*, 31 Wis., 359, and *Whitney v. Nelson*, 33 id., 365, reaffirmed.

APPEAL from the Circuit Court for *Brown* County.

Ejectment, for a tract of land in the Borough of Fort Howard, in Brown county, described as follows : " bounded on the north by Private Claim No. 1, confirmed to Jacques Porlier, on the east by Fox river, on the south by vacant strip confirmed to Alexis Gardapier, and on the west by Lot No. 111 of Fort Howard Reservation, containing ninety-four and 76-100 acres." The answer, in addition to a general denial, set up title in the defendant by virtue of adverse possession and the statute of limitations.

The jury, by direction of the court, found a verdict for the plaintiffs; and defendant appealed from a judgment on the verdict.

*Neville & Tracy*, for appellant.

*Martin & Vroman*, for respondents.

LYON, J. The material facts of this case are the same as in *Whitney v. Gunderson*, 31 Wis., 359, and *Whitney v. Nelson*, 33

id., 365; and all questions presented by this appeal were considered and decided in those cases. We adhere to those decisions; and, inasmuch as the principles there laid down have been correctly applied to this case by the circuit court, the judgment of that court must be affirmed.

*By the Court.* — Judgment affirmed.

RYAN, C. J., takes no part in this decision.